Leola Adelena STUART,
Movant–Appellant

v.

Estella JUDSON; Greg Judson;
Roslynn Gutierrez–Cruz,
Respondents–Appellees.

No. 14–50063
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 10, 2014.

Leola Adelena Stuart, Slidell, LA, pro se.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

Leola Adelena Stuart moves for leave to proceed in forma pauperis (IFP) on appeal from the district court's denial of her motion for a restraining order, which was construed as a motion for a temporary restraining order. Additionally, she seeks the appointment of counsel.

We lack jurisdiction over the denial of Stuart's request for a temporary restraining order. *See Faulder v. Johnson,* 178 F.3d 741, 742 (5th Cir.1999). Accordingly, we DENY her motion and DISMISS her appeal for lack of jurisdiction. *See id.* Her motion for the appointment of counsel

---

is likewise DENIED. *See Ulmer v. Chancellor,* 691 F.2d 209, 212–13 (5th Cir.1982).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.